# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **TOMAS ALEGRIA FACUNDO,** a/k/a Sergio Reynaldo Hernandez, | ) ) ) | JUDGMENT IN CASE |
| Petitioner, | ) ) | 1:17-cv-00135-MR 1:07-cr-00019-MR-1 |
| vs. | ) ) | |
| **UNITED STATES OF AMERICA,** | ) ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 31, 2017 Memorandum of Decision and Order.

May 31, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court