# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **TOMAS ALEGRIA FACUNDO,** a/k/a Sergio Reynaldo Hernandez, | ) ) ) ) | AMENDED JUDGMENT IN CASE |
| Petitioners, | ) ) | 1:17-cv-00135-MR 1:07-cr-00019-MR-1 |
| vs. | ) ) | |
| **UNITED STATES OF AMERICA,** | ) ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 5, 2017 Amended Memorandum of Decision and Order.

June 5, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court